IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT G. AGUILAR, JR.,

    Plaintiff,                    No. CIV S-03-1903 WBS DAD PS

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.                 ORDER

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On August 8, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The magistrate judge considered defendant's motion to dismiss as a motion for summary judgment because it relied upon materials outside of the pleadings. See Fed. R. Civ. P. 12(b). The magistrate judge did not expressly inform plaintiff that he also had a right to submit materials outside the pleadings because plaintiff himself submitted extrinsic evidence in connection with the motion. See Findings and Recommendations, p. 2, n. 1. The magistrate

1

1 judge was justified in so doing under existing Ninth Circuit law.  See <u>In re Rothery</u>, 143 F. 3d
2 546, 549 (9th Cir. 1998).  However, in light of plaintiff's pro se status, the court will afford him
3 one more opportunity to submit any extrinsic materials, properly verified, in response to the
4 motion.  Specifically, the court will give plaintiff an additional thirty (30) days from the date of
5 this order to provide any materials to support his claim that he had "good reason" for waiting
6 more than sixty days to appeal the final decision denying him Social Security disability benefits.
7 This may include any additional details regarding the nature and extent of his alleged medical
8 condition and/or how that condition impacted his ability to timely file a request for review.

9       Plaintiff is advised that if no further materials are submitted to this court within
10 the next thirty days, the court will adopt the findings and recommendations of the magistrate
11 judge and dismiss this action as barred by the applicable statute of limitations.

12       IT IS SO ORDERED.

13 DATED:  August 30, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/aguilar1903.jo