1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VINCENT G. AGUILAR, JR.,

11          Plaintiff,                    No. CIV S-03-1903 WBS DAD PS

12      vs.

13   JO ANNE B. BARNHART,
     Commissioner of Social Security,

14
            Defendant.                    <u>ORDER</u>

15   _____/

16          This Social Security action was referred to a United States Magistrate Judge

17   pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

18          On August 8, 2005, the magistrate judge filed findings and recommendations

19   herein which were served on the parties and which contained notice that any objections to the

20   findings and recommendations were to be filed within ten (10) days.  No objections to the

21   findings and recommendations have been filed.

22          On August 31, 2005, in light of plaintiff's pro se status, the court granted plaintiff

23   an additional thirty (30) days to submit any extrinsic materials in response to defendant's motion

24   to dismiss.  The time period has now expired and plaintiff has not submitted any further materials

25   to the court or otherwise responded to the findings and recommendations.

26   /////

1     The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4          1.  The findings and recommendations filed August 8, 2005, are adopted in full;

5          2.  Defendant's motion to dismiss, which the court has construed as a motion for

6  summary judgment, is granted; and

7          3.  This action is dismissed as barred by the applicable statute of limitations.

8  DATED:   October 18, 2005

9

10

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11

12

/aguilar1903.jo(2)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2